# Court of Appeals
# of the State of Georgia

ATLANTA,  September 02, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0032. JOHNNY DEMOND JACKSON v. THE STATE.**

On February 28, 2022, the trial court entered an order revoking Johnny Demond Jackson's probation based upon the commission of a new offense. Jackson filed an application for discretionary appeal from this order on August 9, 2022.[1] We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Jackson filed his application 162 days after entry of the order he seeks to appeal. His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/02/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Jackson attempted to file the application on May 20, 2022, but the application was returned because it did not contain a certificate of service. See OCGA § 5-6-35 (d); Court of Appeals Rule 6 (f).